**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK THURMAN                                                                                               PLAINTIFF
ADC #151278

v.                                              NO. 5:16CV00080 JLH

CHARLES BYNUM, *et al*.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 11th day of May, 2016.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE